UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| EVANS F. SON, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:07CV299 CDP |
| ) | |
| SUSAN THOMAS, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER OF DISMISSAL**

On **June 13, 2007**, this Court ordered plaintiff to show cause why the complaint against defendant **Susan Loretta Thomas** should not be dismissed without prejudice for failure to serve process within 120 days. Plaintiff has not responded to that order.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that plaintiff's complaint against defendant **Susan Thomas** is **DISMISSED** without prejudice pursuant to Rule 4(m), Fed.R.Civ.P.

Dated this 27th day of July, 2007.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE