UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| EVANS F. SON, JR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.: 4:07CV299DDN |
| | ) | |
| SUSAN LORETTA THOMAS AND | ) | |
| WESTERN EXPRESS INC., | ) | |
| | ) | |
| Defendants. | ) | |

STIPULATION FOR DISMISSAL

IT IS HEREBY STIPULATED by and between Plaintiff and Defendant that all claims and causes of action against all parties shall be dismissed with prejudice, with each party to bear his/its own court costs.

| | |
|---|---|
| /S/ Thomas C. DeVoto | /S/ Daniel T. Rabbitt |
| Thomas C. DeVoto | Daniel T. Rabbitt  #18652 |
| Federal Registration No.  7912 | Federal Registration No.  4111 |
| DEVOTO & BENBENEK, LLC | RABBITT, PITZER & SNODGRASS, P.C. |
| 7646 Watson Road | 100 South Fourth Street, Suite 400 |
| St. Louis, MO  63119-5002 | St. Louis, MO  63102 |
| 314- 961-0330 | 314-421-5545 |
| 314- 961-7754 FAX | 314- 421-3144 FAX |
| | |
| ATTORNEYS FOR PLAINTIFF | ATTORNEY FOR DEFENDANT |
| EVANS F. SON, JR. | WESTERN EXPRESS, INC. |